241 U. S. Cases Disposed of Without Consideration by the Court.

No. 306. THE UNITED STATES ET AL., APPELLANTS, *v.* ST. LOUIS, IRON MOUNTAIN & SOUTHERN RAILWAY COMPANY ET AL. Appeal from the District Court of the United States for the Eastern District of Illinois. May 22, 1916. Dismissed on motion of *Mr. Solicitor General Davis* for the appellants. *The Attorney General* for the appellants. *Mr. Edward A. Haid* and *Mr. Henry G. Herbel* for the appellees.

No. 387. THE CINCINNATI, NEW ORLEANS & TEXAS PACIFIC RAILWAY COMPANY, PLAINTIFF IN ERROR, *v.* E. G. MASSINGALE, AS ADMINISTRATOR, ET AL. In error to the Court of Appeals of the State of Kentucky. May 22, 1916. Dismissed with costs, on motion of counsel for the plaintiff in error. *Mr. John Galvin* and *Mr. Edward Colston* for the plaintiff in error. *Mr. James N. Sharpe* for the defendants in error.

No. 873. POSTAL TELEGRAPH COMPANY, APPELLANT, *v.* THE CITY OF PORTLAND. Appeal from the District Court of the United States for the District of Oregon. June 5, 1916. Dismissed with costs, on motion of counsel for the appellant. *Mr. William D. Fenton* and *Mr. Alfred A. Hampson* for the appellant. No appearance for the appellee.

No. 903. NICOLA CERRI, AS ITALIAN CONSULAR AGENT, ETC., PLAINTIFF IN ERROR, *v.* GIOVANNI PAGANO, ADMINISTRATOR, ETC. In error to the Supreme Court of the State of Ohio. June 5, 1916. Dismissed with costs, on motion of counsel for the plaintiff in error. *Mr. Newton D. Baker* for the plaintiff in error. No appearance for the defendant in error.